FILED BY _____ KS __ D.C.

May 13, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# 21-14020-CR-CANNON/MAYNARD

### CASE NO. _____

### 26 U.S.C. § 7206(2)

**UNITED STATES OF AMERICA**

**vs.**

**BENNY AGUILAR,**

          **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.      Defendant BENNY AGUILAR resided in Lake Placid, Highlands County, Florida, within the Southern District of Florida.

2.      Beginning in or around July 2012 and continuing through in or around December 2019, defendant BENNY AGUILAR owned, operated, and was otherwise employed by "B&A Services," a tax return preparation business located in Lake Placid, Highlands County, Florida, within the Southern District of Florida.

3.      The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for enforcing and administering the tax laws of the United States and collecting taxes owed to the United States.

4.      Individuals reported their income, and any attendant tax obligations, on Forms 1040, which were filed annually with the IRS.

5.      From on or about July 10, 2012, through the date of this indictment, at this business,

defendant BENNY AGUILAR met with taxpayers and prepared tax returns as an owner, operator and employee of "B&A Services," and used the Electronic Filing Identification Number (EFIN) assigned to the business and the Preparer Tax Identification Number (PTIN) assigned to him or the PTIN assigned to another person known to the grand jury.

6.      The Residential Energy Credit allows for a credit equal to 30 percent of the qualified expenses made by a taxpayer for the taxpayer's principal residence during the tax year. Qualifying properties include solar electric property, solar water heaters, small wind energy property and geothermal heat pumps, and fuel cell property. The Residential Energy Credit lowers a taxpayers' tax liability.

7.      Federal Income Tax Withholding is the portion of an employee's wages that is not included in the employee's paycheck but is instead remitted directly to the IRS. Withholding reduces the amount of tax the employee must pay when the employee submits the employee's annual tax return. Credits and deductions may outweigh the tax paid by the employee, resulting in a refund.

## COUNTS 1-22
### Aiding the Filing of False Tax Returns
### (26 U.S.C. § 7206(2))

1.      The General Allegations of this Indictment are realleged and incorporated by reference as if fully set forth herein.

2.      On or about the dates specified, in Highlands County, within the Southern District of Florida, and elsewhere, the defendant,

**BENNY AGUILAR,**

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a United States Individual Income Tax Returns (IRS Forms 1040)

either individual or joint, for the taxpayer and tax year specified in each count below.  The return was false and fraudulent as to a material matter, in that the return falsely represented that the taxpayer was entitled, under the provisions of the Internal Revenue laws, to receive the credit or had not had the amount of tax withheld as specified below, whereas, as the defendant then and there well knew, the taxpayer was not entitled to receive the credit or had not  had the amount of tax withheld as specified below:

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | FALSE AND FRAUDULENT REPRESENTATION (DOLLAR FIGURE APPROXIMATE) |
|---|---|---|---|---|
| 1 | 2/5/2015 | I.R. and M.R. | 2014 | Residential Energy Credit of $1,586 Federal Income Tax Withholding of $5,660 |
| 2 | 2/5/2016 | I.R. and M.R. | 2015 | Residential Energy Credit of $2,078 Federal Income Tax Withholding of $5,259 |
| 3 | 2/10/2017 | I.R. and M.R. | 2016 | Residential Energy Credit of $3,123 Federal Income Tax Withholding of $6,596 |
| 4 | 2/11/2018 | I.R. and M.R. | 2017 | Residential Energy Credit of $3,652 |
| 5 | 2/04/2019 | I.R. and M.R. | 2018 | Residential Energy Credit of $3,525 |
| 6 | 2/11/2015 | G.O. and A.T. | 2014 | Residential Energy Credit of $3,359 Federal Income Tax Withholding of $10,224 |
| 7 | 3/08/2016 | G.O. and A.T. | 2015 | Residential Energy Credit of $4,507 Federal Income Tax Withholding of $7,462 |
| 8 | 3/09/2017 | G.O. and A.T. | 2016 | Residential Energy Credit of $4,325 Federal Income Tax Withholding of $8,678 |
| 9 | 3/02/2018 | G.O. and A.T. | 2017 | Residential Energy Credit of $6,525 |
| 10 | 2/22/2019 | G.O. and A.T. | 2018 | Residential Energy Credit of $4,525 |
| 11 | 2/01/2015 | M.A. and M.C. | 2014 | Residential Energy Credit of $1,893 Federal Income Tax Withholding of $7,167 |
| 12 | 2/15/2016 | M.A. and M.C. | 2015 | Federal Income Tax Withholding of $9,954 |
| 13 | 3/03/2017 | M.A. and M.C. | 2016 | Residential Energy Credit of $2,288 Federal Income Tax Withholding of $11,157 |
| 14 | 2/16/2018 | M.A. and M.C. | 2017 | Residential Energy Credit of $5,866 |
| 15 | 2/28/2019 | M.A. and M.C. | 2018 | Residential Energy Credit of $4,525 |
| 16 | 4/13/2017 | R.M. and M.M. | 2016 | Residential Energy Credit of $3,644 |
| 17 | 3/13/2018 | R.M. and M.M. | 2017 | Residential Energy Credit of $4,525 |
| 18 | 2/07/2019 | R.M. and M.M. | 2018 | Residential Energy Credit of $2,525 |

| Count | Date of Offense | Taxpayer | Tax Year | False and Fraudulent representation (dollar figure approximate) |
|---|---|---|---|---|
| 19 | 3/16/2016 | S.A. and M.A. | 2015 | Residential Energy Credit of $2,339 Federal Income Tax Withholding of $7,056 |
| 20 | 1/28/2017 | S.A. and M.A. | 2016 | Residential Energy Credit of $1,646 Federal Income Tax Withholding of $7,962 |
| 21 | 3/02/2018 | S.A. and M.A. | 2017 | Residential Energy Credit of $2,825 |
| 22 | 2/04/2019 | S.A. and M.A. | 2018 | Residential Energy Credit of $1,525 |

All in violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL

_____
FOREPERSON

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

DIANA M. ACOSTA
ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

BENNY AGUILAR,

_____ Defendant. _____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

☐ Miami  ☐ Key West  ☐ FTL
☐ WPB  ☑ FTP

New defendant(s)  ☐ Yes  ☐ No
Number of new defendants  _____
Total number of counts  _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No** _____
   List language and/or dialect _____

4. This case will take **4** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days         ☑
   II   6 to 10 days        ☐
   III  11 to 20 days       ☐
   IV   21 to 60 days       ☐
   V    61 days and over    ☐

   (Check only one)
   Petty        ☐
   Minor        ☐
   Misdemeanor  ☐
   Felony       ☑

6. Has this case previously been filed in this District Court? (Yes or No) **No** _____
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No** _____
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No** _____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No** _____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No** _____

_____ for
DIANA M. ACOSTA
Assistant United States Attorney
FLA Bar No.    775185

*Penalty Sheet(s) attached

REV 3/19/21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

## CASE NO. _____

Defendant's Name:   **BENNY AGUILAR**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1-22 | Aiding or assisting in the preparation of false documents (tax returns) under Internal Revenue Laws | 26 U.S.C. § 7206(2) | 3 years' imprisonment; $100,000 fine; SR: 1 year; $100 Special Assessment |