**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 21-14020-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**BENNY AGUILAR**,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek Maynard Following Change of Plea Hearing [ECF No. 19]. On July 30, 2021, Magistrate Judge Maynard held a Change of Plea hearing during which Defendant pled guilty to Counts One, Seven, Thirteen, Seventeen and Twenty-Two of the Indictment [ECF No. 1] pursuant to a written plea agreement and appeal waiver [ECF No. 17]. Magistrate Judge Maynard thereafter issued a Report and Recommendation on Change of Plea [ECF No. 19]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 19] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Benny Aguilar as to Counts One, Seven, Thirteen, Seventeen and Twenty-Two of the Indictment is **ACCEPTED**;

3. Defendant Benny Aguilar is adjudicated guilty of Counts One, Seven, Thirteen, Seventeen and Twenty-Two of the Indictment. Counts One, Seven, Thirteen,

CASE NO. 21-14020-CR-CANNON

Seventeen and Twenty-Two charge Defendant with assisting the preparation of false tax returns, in violation of 26 U.S.C. § 7206(2) [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 25th day of August 2021.

                                              AILEEN M. CANNON
                                              UNITED STATES DISTRICT JUDGE

cc:    counsel of record