## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 21CR14020-CANNON

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**Vs.**

**BENNY AGUILAR,**
    **Defendant,**
_____/

### NOTICE OF FILING CHARCTER LETTERS

COMES NOW defendant BENNY AGUILAR and files the attached letters of good character in support of his requested Motion for Variance.

### CERTIFICATE OF SERVICE

I HEREBY certify that on October 18, 2021, I electronically filed the foregoing with the Clerk of Court using EM/ECF. I also certify that it is being electronically served on Diana Acosta Hoover, AUSA, Office of the U.S. Attorney, Fort Pierce, FL.

Respectfully submitted,

/s/ **Gregg S. Lerman**
_____

GREGG S. LERMAN
Defense Counsel
Florida Bar No.: 510963
330 Clematis Street, Suite 209
West Palm Beach, FL 33401
TEL.: (561)832-5770
Gregg@GreggLermanLaw.com

Gladys Anya Aguilar
228 Sweetheart Ave
Lake Placid, FL 33852
10/11/2021

Honorable Judge Aileen M. Cannon
Dear Judge Cannon,

I am writing today in regards my husband, Benny Aguilar. I want the Court to know the defendant as I know him, and not only as a defendant in a criminal matter. I have known Benny since 1999. We met in church. He was a widow, and I was a single parent raising 3 children. We started dating in 2001 and in 2003 we got married.

Since then, he has been the biggest blessing in my life, and I thank God every day for bringing him into my life. He has taken care of my children and I, since day one, and he gave my kids a wonderful childhood. He loves my children as his own, they all call him dad, and I forever be grateful for it.

Benny has always been a father to the fatherless. Our doors are always open to whoever needs a place to stay. There is a lot of people Benny has sheltered in our home including relatives, friends and anybody who does not have a safe place to stay.

Benny also has earned the love of the Hispanic community in our county. Everywhere we go there is someone that knows him. He is always eager to help somebody, even if he don't know them well. He has a passion for helping others. He is also highly active in church and everyone in our congregation loves and respects him.

This situation has been extremely hard on me. Ever since we closed our business, I have not been able to work because of severe anxiety. I am still extremely affected since the day our office was raided in a terrible manner. I am traumatized. I suffer from insomnia, and it is hard for me to get out of the house. Benny has worked very hard to provide for the family since that happened. We are still raising a 16-year-old boy (we are his legal guardians) and Benny has made sure that life stays as normal as possible for him. Benny is our home's sole provider.

I can assure my husband Benny feels extremely remorseful about this whole situation. I have seen him crying plenty of times. This past 2 1\2 years have been an emotional roller coaster for both of us. He is ready to put all this situation behind him. He regrets his actions and vows never to repeat them. I thank you for taking the time to read my letter. I can be reached at 863-243-0922.

Sincerely,

Gladys Anya Aguilar



**DEPARTMENT OF THE AIR FORCE**
20TH SPECIAL OPERATIONS SQUADRON (AFSOC)
CANNON AIR FORCE BASE NEW MEXICO

7 October 21

MEMORANDUM FOR HONORABLE JUDGE AILEEN M. CANNON

FROM: TECHNICAL SERGEANT JOSHUA MONTERO
    20th Special Operations Squadron
    Cannon AFB, NM 88101

SUBJECT: Character Statement for BENNY AGUILAR

1. Honorable Judge Cannon, my name is Josh Montero, I'm a Technical Sergeant and Special Operations Assault Aviator having served nobly in the United States Air Force for 8 years so far.

2. I have known Benny since I was five years old as that is when my mother and him started dating. He did not hesitate to take on the responsibility of being the father of my mothers 3 children. Benny is the most hardworking man I have ever known, when I reflect as an adult looking at my childhood there was never one moment after he came into our lives that we were not taken care of. He is also the most giving man I have ever met, to his children, and even to his family members he would give the shirt off his own back if it meant to put one on theirs.

3. There was almost never a time as a child that we did not have an extended family member living in our household, the minute that Benny had the opportunity to provide someone else the same blessing of leaving Puerto Rico and coming to Highlands County he would offer it. He never once asked for anything in return. His generosity I can only describe as being defined in 2nd Corinthians 9:6 "...*whoever sows generously will also reap generously*". Every thing my father worked for over the years was put directly back into his children, his family, or his church.

4. The strong character and love that my father Benny showed me over the years has directly impacted why I decided to choose my own career path in serving this great nation. I have seen first hand the hardships of what poverty can potentially be, I have also lived first hand the result of what hardwork and honesty can bring to generations of your family. My father Benny is that generation changer in my family tree.

5. Thank you again for your time Honorable Judge Cannon. If needed I can be contacted directly at (863)243-4633 or Joshua.montero@us.af.mil

JOSHUA MONTERO, TSgt, USAF
Command Section Chief, 20th SOS

**AIR COMMANDOS**

**United Methodist Church Nuevo Paco**
5535 US 27 S, Sebring, FL 33870

To Aileen M Cannon
Honorable Judge

My name is Rev. Dr. Luz E. Maldonado, I'm the Senior Pastor in Nuevo Pacto United Methodist Church in Sebring, Florida and proud to offer my recommendation of Benny Aguilar to whom I have personally known for 21 years as a member of my church and active leader in ministry.

During my relationship with Benny Aguilar a member in good standing, and furthermore I can personally say that he has been active in various ways in our congregation.

I have experienced an individual who is very confinable. He has had responsibilities in different ministerial and administrative positions and has performed excellently. The church and the community where we work have great respect and admiration for him. He is a humble and sensible person; whatever responsibility is assigned to him from the smallest to the most challenging to carry out, he accomplishes it with a smile and with disposition and will be able to serve in a responsible manner and make good decisions. He has also stood out as a leader of district and conference level, where he has represented our church putting it very high. He is people oriented that's a talent and has been a blessing in our community that is very diverse in ethnicity. Benny Aguilar is distinguished by a grace to understand and assimilate cultural and ethnic differences when dealing with people. He works hard, and carries themselves in a polite, respectable manner.

I have had the pleasure of witnessing its spiritual growth over time, and I look forward to seeing it flourish even more. I respect him as a person of good moral character and as a brilliant member of our congregation. Right now, he is a Candidate for Pastoral Ministry, and he has my respect and complete support.

In addition, Benny Aguilar is a family-person who has always presented themselves with levelheadedness and grace. He is an exemplary husband and father. They have a stable home and marriage and are an example to church families.

Please do not hesitate to contact me if you should require any further information.

Blessings

**Signature** _____ Date: 10/11/2021

Rev. Dr. Luz E. Maldonado
5535 US 27 S, Sebring, FL 33870
863-243-2558
leaministry@gmail.com

**HOUSE of CHANGE**
1000 Persimmon Ave. Sebring, FL 33870

October 13, 2021
Deborah Alvarez
Senior Pastor
House of Change
1000 Persimmon Ave.
Sebring FL 33870
863-214-5534

Honorable Judge
Aileen M Cannon

My name is Deborah Alvarez. I have been the Senior Pastor of House of Chance Church for the past 10 years. Secularly I have worked with Healthy families FL in Highlands County as a Family Assessment/Outreach Worker for the past 10 years.

I have know Mr. Benny Aguilar and his family since 2014 when two of his children became members of our congregation. As Parents Mr. Aguilar, his wife and family came to meet with us to see where his children were congregating. A relationship started when they also became part of the congregation. They were welcome in our congregation as they were committed and respected in the congregation for their servants heart. Mr. Aguilar became part of the Worship team for a short time and his wife directed The Children's Ministry with love and commitment.

Mr. Aguilar was always respectful and committed. He was instrumental during our Missionary Trip to Dominican Republic ministering the Word of God and serving an Orphanage in the City Of Guerra we co labor with. Mr. Aguilar worked hard and served willingly in an impoverished area where there was no running water and electricity.

Mr. Aguilar was always a team member and served others. He helped in any area he was needed. Our experience with Mr. Aguilar and his family was a good one. We know him as a dedicated family man, handworker, and responsible.

Although Mr. Agular is not currently part of our congregation, he and his family remain being a blessing with their servants heart to our congregation and often visit with us from time to time.

Should any additional information be needed please feel free to contact me at the cellular number provided above.

Sincerely,

Deborah Alvarez

FROM: NATACHA SANTIAGO

2507 Valerie Blvd Sebring, Fl 33870

SUBJECT: Character Statement for BENNY AGUILAR

To: HONORABLE JUDGE AILEEN M. CANNON:

1. I have known Benny since I was ten years old as that is when my mother and him started dating. I did not realize at the time, but God knew Benny was exactly who we needed in our lives. Thinking back to my childhood the most memorable moments where after he married my mother. Our fridge suddenly became fuller, more clothes and shoes to wear and I soon had my own room.

2. Benny is one of the most nonjudgmental people I have ever met. He is a firm believer is second chances. I made many wrong decisions in my teenage years and Benny always had my back no matter what. He always wanted what was best for my brothers and I giving us opportunities he never had growing up. Growing up I was never introduced as a stepdaughter I was always his daughter and that stuck with me.

3. My father was part of so many important moments in my life most of which my biological father never showed up for. The first one being my fifth-grade graduation. I can remember my mom not being able to attend, but there was Benny. I have a ten-year-old daughter that he was even in the room for when I was giving birth, and I can't even begin to tell you the bond they have. A word to best describe Benny is selfless the cares and needs of others always become priority for him.

4. Benny's work ethic is one to be admired. He never had a problem showing up early and leaving late. I can honestly say I can't remember him ever complaining or missing church because he was too tired. Those are values and morals he instilled in me.

5. Thank you again for your time Honorable Judge Cannon. If needed I can be contacted directly at (863) 835-0990 or Natacha0501@yahoo.com

Natacha Santiago

*[signature]*

10/11/2021

Memorandum For Honorable Judge Aileen M Cannon

From: Moises Aguilar Gonzalez

Subject: Character Statement for Benny Aguilar

1. Honorable Judge Cannon, my name is Moises Aguilar, I am Owner of Jisy Multiservices, we work with Immigrations applications and others.
2. I am Benny's Twin Brother. I came to Florida from Puerto Rico because my brother commended me to do it so that I would have a better future for me and my kids. My brother has always been an excellent human being and is always willing to help everyone.
3. In the time I live near him I have seen how his love for others has led him to have children that the Department of Children's and Families has taken from their parents and has sheltered them in their home until the parents can solve their situation. Proof of this is that he stayed with a child from his 2 years and the child is already 15 years old and loves Benny as if he were his real father.
4. I do not say these words because he is my brother, I say them with all my heart because I know the kind of person he is, thanks to him is that now I am very well here in Florida and in the same way that he has shown that love towards me, in the same way he has done it with many other people.
5. Thank You again for you time Honorable Judge Cannon. If needed I can be contacted to 407-446-1587 or moises1971pr@yahoo.com.

Moises Aguilar Gonzalez

Victor Berrios Lopez
1841 Colmar Ave
Sebring FL 33870
863-253-1454
vlberryg@gmail.com

5th October 2021

To Honorable Judge Aileen M Cannon

Re: Benny Aguilar
228 Sweetheart Ave.
Lale Placid FL 33852

It is my pleasure to write this letter on behalf of my great friend and brother Benny Aguilar.

Benny Aguilar and I have known each other since 2014. We met working together in the same faith to serve our Lord Jesus Christ. Since then we have maintained a great friendship that unites us as brothers.

Benny Aguilar has shown me over the years the great person that he is. I consider him as a very responsible, honest person, given to community service, a great family man, an example to follow for many young people due to the quality of his actions.

We have shared vacations together, community service events, and mission trips to the Dominican Republic to help less fortunate people.
Benny Aguilar has a passive character and is open to dialogue to help others solve personal problems, both emotional and everyday problems. He is a person who speaks frankly but with a lot of love and passion to help others.
His home is always open to all known people who are in difficult situations and you always find words of encouragement and hope from Benny Aguilar.
Personally, I had a situation in which my wife had emergency surgery in the city of Ft. Lauderdale Florida. Benny Aguilar took care of our children for over a week for which he will be eternally grateful.

Please contact me if you need further information

Sincerely,

Victor Berrios Lopez